AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Lowcountry Block LLC et al )<br>*Plaintiff* )<br>v. )<br>Cincinnati Insurance Companies, The et al )<br>*Defendant* ) | Civil Action No.   9:17-cv-1147-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that

■ other: having granted Defendants' Motion to Dismiss, Plaintiff's breach of contract and bad faith claims are DISMISSED WITH PREJUDICE; Plaintiffs' claims for violation of S.C. Code § 38-59-20 are DISMISSED WITHOUT PREJUDICE.

This action was

■ decided by the Honorable Richard M Gergel, United States District Judge, presiding.

Date:   August 1, 2017                                      *CLERK OF COURT*   Robin L. Blume

                                                           s/S. Shealy
                                                           _____
                                                           *Signature of Clerk or Deputy Clerk*